# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          §    Case No. 10-57266-JPC
                                                §
AZAELA VICENTENO                                §
                                                §
                                                §
                                                §
_____ Debtor(s)              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 03/21/2013, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   __02/26/2013__        By:   __/s/ David P. Leibowitz_____
                                                   (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | Case No. 10-57266-JPC |
|---|---|---|
| | § | |
| AZAELA VICENTENO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     <u>$2,000.02</u>
*and approved disbursements of*     <u>$29.50</u>
*leaving a balance on hand of[1]:*     <u>$1,970.52</u>

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 10 | VW Credit, Inc | $685.46 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,970.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $500.01 | $0.00 | $500.01 |
| David P. Leibowitz, Trustee Expenses | $6.05 | $0.00 | $6.05 |

Total to be paid for chapter 7 administrative expenses:     $506.06
Remaining balance:     $1,464.46

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|--|--|--|
|  | Remaining balance: | $1,464.46 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|--|--|--|
|  | Remaining balance: | $1,464.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,447.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|--|--|--|--|--|
| 1 | American InfoSource LP as agent for WFNNB | $1,641.58 | $0.00 | $87.60 |
| 2 | Discover Bank | $2,073.48 | $0.00 | $110.63 |
| 3 | Chase Bank USA, N.A. | $4,694.70 | $0.00 | $250.48 |
| 4 | Chase Bank USA, N.A. | $6,251.12 | $0.00 | $333.52 |
| 5 | Chase Bank USA, N.A. | $3,003.17 | $0.00 | $160.23 |
| 6 | Chase Bank USA, N.A. | $2,422.86 | $0.00 | $129.27 |
| 7 | American Express Centurion Bank | $1,328.78 | $0.00 | $70.90 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $2,600.98 | $0.00 | $138.77 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $1,687.83 | $0.00 | $90.05 |
| 11 | Capital Recovery IV LLC/Banana Republic Visa Card | $1,319.47 | $0.00 | $70.40 |

| 12 | Capital Recovery IV LLC/ GE Capital Corp. | $423.86 | $0.00 | $22.61 |
|---|---|---|---|---|

Total to be paid to timely general unsecured claims: $1,464.46

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00

Prepared By:   /s/ David P. Leibowitz

Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-57266-JPC
Azaela Vicenteno                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: Feb 27, 2013
                             Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2013.
db        +Azaela Vicenteno,    1255 S. Michigan Ave.,    Chicago, IL 60605-3286
16606384   American Express,    PO Box 26312,    Lehigh Valley, PA 18002-6312
17029523   American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16606386  +Blockbuster,    1015 W. Madison St,    Chicago, IL 60607-2007
16606387   CBE,    Citicorp PO BOX 2695,    WATERLOO, IA 50704-2695
16923298   Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16606388  +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
16606389   Citi,    PO Box 688906,    Des Moines, IA 50368-8906
16606391  +Medical,    18 S. Michigan Ave 6th Fl,    Chicago, IL 60603-3200
19927313   Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
            Miami, FL 33131-1605
16606392   Teamsters,    PO Box 17051,    Baltimore, MD 21297-1051
16606393   Victorias Secret,    PO Box 659728,    San antonio, TX 78265-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16842146   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2013 03:07:43
            American InfoSource LP as agent for WFNNB,    as assignee of,    Victoria's Secret,
            PO Box 248872,    Oklahoma City, OK  73124-8872
16606385   E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2013 07:27:11     Banana Republic,    PO Box 960017,
            Orlando, FL 32896-0017
17276270   E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2013 07:15:17     Capital Recovery IV LLC,
            c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16606390   E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2013 03:07:13     Discover,    PO Box 6103,
            carol stream, IL 60197-6103
16854806   E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2013 03:07:13     Discover Bank,
            DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17164474  +E-mail/Text: resurgentbknotifications@resurgent.com Feb 28 2013 02:54:29
            PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
            c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19927314   E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2013 07:26:59
            Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
16606394   E-mail/Text: vci.bkcy@vwcredit.com Feb 28 2013 02:55:54     Volkswagon Credit Inc,
            1401 Franklin Blvd,    Libertyville, IL 60048
17275127  +E-mail/Text: vci.bkcy@vwcredit.com Feb 28 2013 02:55:54     VW Credit, Inc,    P.O. Box 829009,
            Dallas, TX 75382-9009
                                                                                   TOTAL: 9

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2013**                    **Signature:**    *Joseph Speetjens*

District/off: 0752-1          User: adragonet          Page 2 of 2          Date Rcvd: Feb 27, 2013
                             Form ID: pdf006           Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2013 at the address(es) listed below:
          David H Cutler    on behalf of Debtor Azaela  Vicenteno cutlerfilings@gmail.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 3